IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCY BAYSINGER, as
next friend for minor child
J.R.T.,

    Plaintiff,

vs,                                            CIVIL NO. 09-806 JH/LFG

CHRISTOPHER RAY LUCERO and
ALBUQUERQUE PUBLIC SCHOOLS,

    Defendants.

## ORDER

THIS MATTER having come to be heard upon the parties Joint Motion to Dismiss, and the Court being fully advised in the premises, it is hereby ordered, adjudged and decreed that all claims that were or could have been asserted in the above-captioned matter are hereby dismissed, with prejudice.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT COURT

APPROVED BY:

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

    By: *electronically signed by Michael L. Carrico*
        Michael Carrico
        Greg Gambill
        Attorneys for Defendant APS

       Post Office Box 2168
       Bank of America Centre
       500 Fourth Street NW, Suite 1000 Albuquerque, New Mexico 87103-2168
       Telephone: 505-848-1800

CURTIS AND LUCERO

By: *email approval 08/31/10*  Amalia S. Lucero
    Lisa K. Curtis
    Attorneys for Plaintiff
    301 Gold Ave. SW, Suite 201 Albuquerque, New Mexico 87102 Telephone: 505.243.2808

BANNERMAN & JOHNSON, P.A.

By: *email approval 08/31/10*  Margaret A, Graham
    Attorneys for Defendant Lucero 2201 San Pedro NE
    Building 2, Suite 207
    Albuquerque, New Mexico 87110 Telephone: 505.837.1900